UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUADALUPE GUEVARA,                )   NO. CV 07-5637-MAN
                                  )
          Plaintiff,              )
                                  )   JUDGMENT
     v.                           )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
          Defendant.              )
_____)

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: March 11, 2009

                                    _____
                                              /s/
                                    MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE